613 A.2d 1203

In the Matter of the Appeal of Raymond L. ATTLEBERGER from the Action of the Secretary of Transportation of the Commonwealth of Pennsylvania in Suspending His Motor Vehicle Operator's License.

Appeal of Raymond L. ATTLEBERGER.

Supreme Court of Pennsylvania.

Argued Sept. 21, 1992.

Decided Oct. 14, 1992.

Joseph J. Liotta, III, Brandt, Liotta & Stuttler, Franklin, for appellant.

Harold H. Cramer, Asst. Chief Counsel, Timothy P. Wile, Asst. Counsel in Charge, Dept. of Transp., Harrisburg, for appellee.

Before NIX, C.J., and LARSEN, FLAHERTY, ZAPPALA, PAPADAKOS and CAPPY, JJ.

## ORDER

PER CURIAM:

Appeal dismissed as having been improvidently granted.

LARSEN, J., dissents and would address the merits of the case.